IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| JOSEPH ANTHONY GENTLE, AKA JOSEPH A GENTLE, AKA JOE GENTLE, AKA JOEY GENTLE, AKA JOE GENTILE, AKA JOEY GENTILE, AKA JOSEPH GENTLE, AKA JOSEPH GENTILE; AKA NEPAVENTURES.COM, Debtor | CASE NO. 5:24-bk-00152-MJC *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* |

## ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* filed by Debtor's counsel, Doc. 41, and it appearing that the parties have resolved the Trustee's Objection to same via Stipulation, Docs. 42, 43, it is ordered that the following interim amounts are awarded: compensation in the amount of $6,100.00 and reimbursement of expenses in the amount of $375.27 for a total sum of $6,475.27 This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $5,662.27 may be paid by the Chapter 13 Trustee.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: October 2, 2025